United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
  amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **1380 Realty NY LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2404114** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1971 60th Street** **Brooklyn, NY 11204** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ————

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

Debtor  **1380 Realty NY LLC**                                     Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases**     ■ No
**pending or being filed by a**      □ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,      Debtor  _____     Relationship  _____
attach a separate list               District  _____  When _____  Case number, if known  _____

**11. Why is the case filed in**     *Check all that apply:*
*this district?*
                                     ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                         preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                     □   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**       ■ No
**have possession of any**           □ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**             **Why does the property need immediate attention?** (*Check all that apply.*)

                                     □ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                          What is the hazard? _____

                                     □ It needs to be physically secured or protected from the weather.

                                     □ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     □ Other _____

                                     **Where is the property?** _____
                                                               Number, Street, City, State & ZIP Code

                                     **Is the property insured?**

                                     □ No

                                     □ Yes.   Insurance agency  _____
                                              Contact name      _____
                                              Phone             _____

████  **Statistical and administrative information**

**13. Debtor's estimation of**  .    *Check one:*
**available funds**
                                     ■  Funds will be available for distribution to unsecured creditors.

                                     □  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**      ■ 1-49                    □ 1,000-5,000              □ 25,001-50,000
**creditors**                    □ 50-99                   □ 5001-10,000              □ 50,001-100,000
                                 □ 100-199                 □ 10,001-25,000            □ More than100,000
                                 □ 200-999

**15. Estimated Assets**         □ $0 - $50,000            □ $1,000,001 - $10 million       □ $500,000,001 - $1 billion
                                 □ $50,001 - $100,000      □ $10,000,001 - $50 million      □ $1,000,000,001 - $10 billion
                                 □ $100,001 - $500,000     □ $50,000,001 - $100 million     □ $10,000,000,001 - $50 billion
                                 ■ $500,001 - $1 million   □ $100,000,001 - $500 million    □ More than $50 billion

**16. Estimated liabilities**    □ $0 - $50,000            □ $1,000,001 - $10 million       □ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor   **1380 Realty NY LLC**                                    Case number (*if known*) _____
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

███ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  3, 2024**
  MM / DD / YYYY

**X** **/s/ Yechekel Kraut**                    **Yechekel Kraut**
Signature of authorized representative of debtor          Printed name

Title   **Sole Memeber**

---

**18. Signature of attorney**

**X** **/s/ Linda Tirelli**                    Date **January  3, 2024**
Signature of attorney for debtor               MM / DD / YYYY

**Linda Tirelli**
Printed name

**Tirelli Law Group, LLC**
Firm name

**50 Main Street**
**Suite 1265**
**White Plains, NY 10606**
Number, Street, City, State & ZIP Code

Contact phone   **914-732-3222**      Email address   **LTirelli@tirellilawgroup.com**

Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | 1380 Realty NY LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1971 60th Street LLC c/o Harvey Abrahams 8 West 40th Street New York, NY 10018** | | | **Disputed** | | | **$600,000.00** |
| **Harvey Abrahams c/o Holland & Knight LLP 31  W. 52nd Street New York, NY 10019** | | | **Disputed** | | | **$0.00** |
| **Ira Burstein c/o Goldston Capital LLC 1325  Avenue of Americas 28th Floor New York, NY 10010** | | | **Disputed** | | | **$0.00** |
| **MSF Lending LLC c/o Harvey Abrahams 8 West 40th Street 4th Fl New York, NY 10018** | | | **Disputed** | | | **$0.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re __1380 Realty NY LLC__        Case No. _____

                        Debtor(s)        Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

           For legal services, I have agreed to accept ............................................ $               **40,000.00**

           Prior to the filing of this statement I have received ........................... $               **40,000.00**

           Balance Due ....................................................................................... $                 **0.00**

2.    The source of the compensation paid to me was:

      ☐ Debtor        ■ Other (specify):   **Shira Kraut**

3.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

4.    ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__January 3, 2024__                **/s/ Linda Tirelli**

*Date*                                      **Linda Tirelli**
                                         *Signature of Attorney*
                                         **Tirelli Law Group, LLC**
                                         **50 Main Street**
                                         **Suite 1265**
                                         **White Plains, NY 10606**
                                         **914-732-3222  Fax: 914-517-2696**
                                         **LTirelli@tirellilawgroup.com**
                                         *Name of law firm*

# United States Bankruptcy Court
### Eastern District of New York

In re    **1380 Realty NY LLC**                            Case No.                       

                                     Debtor(s)           Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **YECHEZKEL KRAUT**<br>**1971 60th Street**<br>**Brooklyn, NY 11204** | | | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Sole Memeber** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January  3, 2024**                      Signature    **/s/ Yechekel Kraut**

                                                           **Yechekel Kraut**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re   **1380 Realty NY LLC** _____   Case No. _____
                                   Debtor(s)        Chapter   **11** _____

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **January  3, 2024** _____        **/s/ Yechekel Kraut** _____
                                          **Yechekel Kraut/Sole Memeber**
                                          Signer/Title

Date:   **January  3, 2024** _____        **/s/ Linda Tirelli** _____
                                          Signature of Attorney
                                          **Linda Tirelli**
                                          **Tirelli Law Group, LLC**
                                          **50 Main Street**
                                          **Suite 1265**
                                          **White Plains, NY 10606**
                                          **914-732-3222   Fax: 914-517-2696**

1971 60th Street LLC
c/o Harvey Abrahams
8 West 40th Street
New York, NY 10018


Harvey Abrahams
c/o Holland & Knight LLP
31 W. 52nd Street
New York, NY 10019


Holland & Knight LLP
31 West 52nd Street
New York, NY 10019


Ira Burstein
c/o Goldston Capital LLC
1325 Avenue of Americas
28th Floor
New York, NY 10010


MSF Lending LLC
c/o Harvey Abrahams
8 West 40th Street 4th Fl
New York, NY 10018

# United States Bankruptcy Court
### Eastern District of New York

In re  1380 Realty NY LLC

Debtor(s)

Case No.
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   1380 Realty NY LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**YECHEZKEL KRAUT**
**1971 60th Street**
**Brooklyn, NY 11204**

☐ None [*Check if applicable*]

January  3, 2024

Date

**/s/ Linda Tirelli**

**Linda Tirelli**

Signature of Attorney or Litigant
Counsel for   **1380 Realty NY LLC**

**Tirelli Law Group, LLC**
**50 Main Street**
**Suite 1265**
**White Plains, NY 10606**
**914-732-3222 Fax:914-517-2696**
**LTirelli@tirellilawgroup.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  1380 Realty NY LLC _____  **CASE NO.:** _____

       Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____      [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____      [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____      [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.


**/s/ Linda Tirelli**
_____          _____
**Linda Tirelli**
Signature of Debtor's Attorney                          Signature of Pro Se Debtor/Petitioner
**Tirelli Law Group, LLC**
**50 Main Street**
**Suite 1265**                                                    _____
**White Plains, NY 10606**
**914-732-3222 Fax:914-517-2696**                 Signature of Pro Se Joint Debtor/Petitioner


_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.