UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

-------------------------------------------------------X

In re:
1380 REALTY NY LLC

               Debtor.

Chapter 11
Case No.: 24-40017(ess)

-------------------------------------------------------X

## "LAR-DAN" AFFIDAVIT OF SHIRA KRAUT
## IN CONNECTION WITH THE DEBTOR'S RETENTION

STATE OF NEW YORK      )
                                    SS
COUNTY OF _____    )

**Shira Kraut**, being duly sworn, deposes and states as follows:

      1. I submit this Affidavit in connection with the Debtor's application to retain Tirelli Law Group. ("Tirelli Firm").

      2. I am the wife of Yechezkel Kraut, the sole member of the Debtor.

      3. I am not a creditor of the Debtor and have no basis to file a claim in its bankruptcy case.

      4. As disclosed in the affidavit of Linda M. Tirelli, filed in support of the Chapter 11 Retention of Tirelli Firm, her firm seeks pre-petition retainer of $40,000.00. I paid the retainer and further guarantee all fees to be paid in connection with this Chapter 11 case from an account maintained by me, personally, along with the additional court filing fee of $1738.00.

      5. The funds used to pay the Tirelli firm came from my own personal resources and are not in any way owned or controlled by or associated with the Debtor or any of its members nor are the funds an asset of the bankrupt estate. I gratuitously guarantee payment of all legal fees

and to the extent I should pay more than the Court approves, any remaining funds are to be returned to me.

6. This shall confirm that Tirelli Firm has advised me and I acknowledge that, with regard to the matters which they are to be engaged in this Chapter 11 proceeding, to the extent that the interests of the Debtor on one hand diverge from my interests on the other hand, that Tirelli Firm shall represent the Debtor only and not me.

7. **As the payor of the retainer I hereby further affirm that (i) I am not a creditor of the Debtor, (ii) I do not owe money to the Debtor, (iii) outside of the retainer paid, I owe no money to the Tirelli Law Group or Attorney Linda Tirelli firm, and (iv) I do not expect to bid on any of the Debtor's assets and/or provide financing to the Debtor.**

8. I further acknowledge that Tirelli Firm owes a duty of undivided loyalty to the Debtor only. I have been advised by Tirelli Firm that if a conflict of interest should arise, that they will notify both the Court and me, and that in such circumstance I should consult with independent legal counsel in connection with this matter. Tirelli Firm has advised me that it will not represent me with respect to any potential claims that any of us may have against the Debtor, and that I may wish to seek the advice of separate counsel with respect to same.

Dated: March 4, 2024
      White Plains, New York

                                                                  /s/ Shira Kraut
                                                                  Shira Kraut

Sworn to before me this
4 day of March, 2024.
*/s/Linda M. Tirelli*
Linda M. Tirelli
Notary Public, State of New York
Registration No. 01TI6350197
Qualified in Rockland County
Commission Expires November 7, 2024