EXHIBIT 1

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2007022600617001001E7ED0 |

|  RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| Document ID: 2007022600617001 | Document Date: 02-20-2007 | Preparation Date: 02-26-2007 |
| Document Type: DEED | | |
| Document Page Count: 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| RELIABLE ABSTRACT CO. LLC.<br>4203 13TH AVENUE 2ND FLOOR<br>RK-064419<br>BROOKLYN, NY 11219<br>718-438-0786<br>JACOB@RELIABLEABSTRACT.NET | MORDOWITZ & LEMBERG LLP<br>147 LEXINGTON AVENUE<br>NEW YORK, NY 10016 |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| BROOKLYN | 5513 | 49 | Entire Lot | | 1971 60TH STREET |

Property Type: DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year_____ Reel____ Page_____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| GIUSEPPE ARRISICATO<br>1971 60TH STREET<br>BROOKLYN, NY 11204 | YECHEZKEL KRAUT<br>39 WEBSTER AVENUE<br>BROOKLYN, NY 11230 |

x Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 75.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 11,043.75 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 3,100.00 |
| Spec (Additional): | $ | 0.00 | RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK<br>Recorded/Filed 04-17-2007 10:11<br>City Register File No.(CRFN):<br>2007000196762 | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2007022600617001001C7C50 |
|---|---|

Document ID: 2007022600617001   Document Date: 02-20-2007   Preparation Date: 02-26-2007
Document Type: DEED

PARTIES
GRANTEE/BUYER:
SHIRA KRAUT
39 WEBSTER AVENUE
BROOKLYN, NY 11230

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 20th day of February, in the year 2007

BETWEEN

Giuseppe Arrisicato, residing at 1971 60th Street, Brooklyn, New York

party of the first part, and

D.A Yechezkel Kraut and Shira Kraut, husband and wife, residing at
39 Webster Avenue, Bklyn, NY 11230

party of the second part,

WITNESSETH, that the party of the first part, in consideration of

10.00 dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

See Attached Schedule A

Being and intended to be the same premises as acquired by grantor by deed from Donna Mascara, executrix of Frank Benenati dated 02/06/1997 recorded on 02/24/1997 in Reel 3890 Page 908.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_Giuseppe Arrisicato_ (signature)
Giuseppe Arrisicato

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of _Kings_, ss:

On the 20th day of February in the year 2007, before me, the undersigned, personally appeared

_Giuseppe Arrisicato_

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_[signature]_

STEVEN WEINREB
Notary Public State of New York
No. 02WE6076238
Qualified in Kings County
Commission Expires 06/24/2010

## ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of , ss:
On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the
subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof);
that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of , ss:

On the day of in the year , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

SEAL

## ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of , County of , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the day of in the year , before me the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

# Bargain and Sale Deed
# With Covenants

Title No. RK-064419

Giuseppe Arrisicato
TO
Yechezkal Kraut and Shira Kraut

SECTION:
BLOCK: 5513
LOT: 49
COUNTY OR TOWN: Kings

RETURN BY MAIL TO:

Mordowitz & Lemberg LLP
147 Lexington Avenue
New York, NY 10016

DISTRIBUTED BY

YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC
800-281-TITLE (8485) FAX: 800-FAX-9396

## Schedule A Description

Title Number RK-064419                    Policy Number: SV-4555992                    Page   1

ALL that certain plot, piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of 60th Street, distant 100 feet westerly from the corner formed by the intersection of the westerly side of 20th Avenue and the northerly side of 60th Street;

RUNNING THENCE northerly parallel with 20th Avenue, 100 feet 2-1/8 inches;

THENCE westerly parallel with 60th Street, 28 feet;

THENCE southerly parallel with 20th Avenue and part of the distance through a party wall, 100 feet 2-1/8 inches to the northerly side of 60th Street;

THENCE easterly along the northerly side of 60th Street, 28 feet to the point or place of BEGINNING.