
EXHIBIT 3

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2019073000443001003EECB7 |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE　　PAGE 1 OF 5

**Document ID:** 2019073000443001　　**Document Date:** 07-19-2019　　**Preparation Date:** 08-22-2019
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| BETTER RESEARCH LLC<br>1 PARAGON DRIVE - RANY-37444A<br>SUITE 150B<br>MONTVALE, NJ 07645<br>718-252-4200<br>REC@BETTERTITLERESEARCH.COM | BETTER RESEARCH LLC<br>1 PARAGON DRIVE - RANY-37444A<br>SUITE 150B<br>MONTVALE, NJ 07645<br>REC@BETTERTITLERESEARCH.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5513 | 49　Entire Lot | | 1971 60TH STREET |

**Property Type:** 1-3 FAMILY WITH STORE / OFFICE

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____ Year_____ Reel____ Page_____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| YECHEZKEL KRAUT<br>983 DAHILL ROAD<br>BROOKLYN, NY 11204 | 1380 REALTY NY, LLC<br>1971 60TH STREET<br>BROOKLYN, NY 11204 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed　　09-24-2019 08:44
City Register File No.(CRFN):
**2019000307563**

*City Register Official Signature*


PARTIES

GRANTOR/SELLER:
SHIRA KRAUT
983 DAHILL ROAD
BROOKLYN, NY 11204

# BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS (INDIVIDUAL OR CORPORATION)

CAUTION: THIS AGREEMENT SHOULD BE PREPARED BY AN ATTORNEY AND REVIEWED BY ATTORNEYS FOR SELLER AND PURCHASER BEFORE SIGNING.

**THIS INDENTURE,** made as of the 14 Day of July, 2019

**BETWEEN Yechezkel Kraut and Shira Kraut**, husband and wife, with an address of 983 Dahill Road, Brooklyn, New York 11204

party of the first part, and

**1380 REALTY NY, LLC**, a New York limited liability company with an address of 1971 60th Street, Brooklyn, New York 11204

party of the second part;

*WITNESSETH,* that the party of the first part, in consideration of Ten Dollars and other valuable Consideration lawful money of the United States, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever;

*ALL* that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Brooklyn, County of Kings, State of New York, said premises being known as 1971 60th Street, Brooklyn, New York, Block 5513, Lot 49
**more particularly described in schedule A attached hereto;**

[Premises herein as described are and intended to be the same as those described in Deed dated February 20, 2007 and recorded on April 7, 2007 in the Kings County Clerk's Office in CRFN # 2007000196762]

*TOGETHER* with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

*TOGETHER* with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

*TO HAVE AND TO HOLD* the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

*AND* the party of the first part, covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

*AND* the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

*IN WITNESS WHEREOF,* the party of the first part has duly executed this deed the day and year first above written.

_____
Yechezkel Kraut

_____
Shira Kraut

Acknowledgment by a Person within New York State (RPL § 309-a)

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF KINGS     )

On the ___ day of July, 2019 before me, the undersigned, personally appeared Yechezkel Kraut personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he executed the same in his capacity(ies), and that by his signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

ALAN HIRSCH
Notary Public-State of New York
No. 01HI6095704
Qualified in New York County
Commission Expires 07/14/2023

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF KINGS     )

On the ___ day of July, 2019 before me, the undersigned, personally appeared Shira Kraut personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he executed the same in his capacity(ies), and that by his signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

ALAN HIRSCH
Notary Public-State of New York
No. 01HI6095704
Qualified in New York County
Commission Expires 07/14/2023

# RIVERSIDE ABSTRACT, LLC
As Agent for
FIDELITY NATIONAL TITLE INSURANCE COMPANY
## LEGAL DESCRIPTION

Title No.: **RANY-37444A**

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of 60th Street, distant 100 feet westerly from the corner formed by the intersection of the westerly side of 20th Avenue and the northerly side of 60th Street;

RUNNING THENCE northerly parallel with 20th Avenue, 100 feet 2-1/8 inches;

THENCE westerly parallel with 60th Street, 28 feet;

THENCE southerly parallel with 20th Avenue and part of the distance through a party wall, 100 feet 2-1/8 inches to the northerly side of 60th Street;

THENCE easterly along the northerly side of 60th Street, 28 feet to the point or place of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Block 5513, Lot 49, Kings County and also known as Parcel II: 1971 60th Street, Brooklyn, NY 11204.

Schedule A Description

Riverside Abstract, LLC
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
TEL: (718) 252-4200  FAX: (718) 252-4226

RANY-37444A

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2019073000443001003S2236 |
|---|---|

**SUPPORTING DOCUMENT COVER PAGE**     PAGE 1 OF 1

**Document ID:** 2019073000443001    Document Date: 07-19-2019    Preparation Date: 08-22-2019
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:** 2019071800231

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---:|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

## REAL PROPERTY TRANSFER REPORT
### STATE OF NEW YORK
### STATE BOARD OF REAL PROPERTY SERVICES
# RP - 5217NYC

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded: __/__/__ (Month/Day/Year)
- C3. Book
- C4. Page
- C5. CRFN

### PROPERTY INFORMATION

**1. Property Location:** 1971 | 60TH STREET | BROOKLYN | 11204
(STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE)

**2. Buyer Name:** 1380 REALTY NY, LLC
(LAST NAME / COMPANY — FIRST NAME)

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR ☐ Part of a Parcel
- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** ___ FRONT FEET X ___ DEPTH OR ___ ACRES

Check the boxes below as they apply:
- 6. Ownership Type is Condominium ☐
- 7. New Construction on Vacant Land ☐

**8. Seller Name:** KRAUT, YECHEZKEL
KRAUT, SHIRA

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
- A ☐ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ✓ Commercial
- F ☐ Apartment
- G ☐ Entertainment / Amusement
- H ☐ Community Service
- I ☐ Industrial
- J ☐ Public Service

### SALE INFORMATION

**10. Sale Contract Date:** 7 / 19 / 2019
**11. Date of Sale / Transfer:** 7 / 19 / 2019
**12. Full Sale Price:** $0

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**
- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type **not** Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ✓ None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** S1
**16. Total Assessed Value (of all parcels in transfer):** 34,801

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))

BROOKLYN 5513 49

2019071800231201Q4

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

**BUYER** | **BUYER'S ATTORNEY**

_BUYER SIGNATURE_ *(signed)* | _LAST NAME_ | _FIRST NAME_

1971 60TH STREET | Yechezkel Kraus  *(date: 7/24/19)*

_STREET NUMBER_ | _STREET NAME (AFTER SALE)_ | _AREA CODE_ | _TELEPHONE NUMBER_

**SELLER**

BROOKLYN | NY | 11204 | *(signed)*

_CITY OR TOWN_ | _STATE_ | _ZIP CODE_ | _SELLER SIGNATURE_ | _DATE_

2019071800231201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  } SS.:
County of Kings

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

__1971 60TH STREET__, _____,
Street Address Unit/Apt.

__BROOKLYN__ New York, __5513__ __49__ (the "Premises");
Borough                            Block    Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

__Yechezkel Kraft__                    | __1380 Realty NY LLC__
Name of Grantor (Type or Print)        | Name of Grantee (Type or Print)

_____              | _____ Yechezkel Kraft
Signature of Grantor                   | Signature of Grantee

Sworn to before me                     | Sworn to before me
this __18th__ day of __July__ 20__19__ | this __18th__ day of __July__ 20__19__

ALAN HIRSCH
Notary Public-State of New York
No. 01HI6095704
Qualified in New York County
Commission Expires 07/14/2023

ALAN HIRSCH
Notary Public-State of New York
No. 01HI6095704
Qualified in New York County
Commission Expires 07/14/2023

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2019071800231101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

www.nyc.gov/dep

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service: BOROUGH: BROOKLYN       BLOCK: 5513       LOT: 49

(2) Property Address: 1971 60TH STREET, BROOKLYN, NY 11204

(3) Owner's Name:     1380 REALTY NY, LLC

   Additional Name:

**Affirmation:**

[✓] Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____ Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable: *Yechezk Truh [signature]*

CCS-7CRF-ACRIS REV. 8/08

2019071800231101