EXHIBIT 4

# ASSIGNMENT OF MEMBERSHIP INTEREST

THIS ASSIGNMENT ("Assignment") dated as of July /5, 2019, is made by Shira Kraut, an individual having an address at 983 Dahill Road, Brooklyn, New York 11230 ("Assignor"), to Yechezkel Kraut, an individual having an address at 983 Dahill Road, Brooklyn, New York 11230 ("YK"), and 1971 60 STREET LLC, a New York limited liability company ("1971 LLC," called together with YK "Assignee"), having an address at 8 West 40th Street, New York, New York 10018.

Assignor hereby warrants and represents to Assignee that she currently owns fifty (50%) percent of the membership interest ("Assignor's Interest") in 1380 REALTY NY, LLC, a New York limited liability company (the "Company").

YK owns fifty (50%) percent of the membership interest in the Company and wishes to obtain one (1%) percent of Assignor's Interest and Assignor wishes to transfer one (1%) percent of Assignor's Interest.

Assignor wishes to transfer the remaining forty nine (49%) of Assignor's Interest to 1971 LLC and 1971 LLC wishes to obtain forty nine (49%) of Assignor's Interest.

For good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, Assignor hereby assigns, transfers and sets over unto: (i) YK, Assignor's entire right, title and interest in and to one (1%) percent of her membership interest in the Company, together with all of Assignor's rights as members of the Company to one (1%) percent of her allocable share of the profits, cash flow and proceeds from sale of or with respect to the Company which may accrue or be paid or become payable before and after the date hereof until the dissolution or termination of the Company, and (ii) 1971 LLC, Assignor's entire right, title and interest in and to forty one (49%) percent of her membership interest in the Company, together with all of Assignor's rights as members of the Company to forty nine (49%) percent of her allocable share of the profits, cash flow and proceeds from sale of or with respect to the Company which may accrue or be paid or become payable before and after the date hereof until the dissolution or termination of the Company.

Together with a 100% percent interest in and to Assignor's capital account as it is reflected on the books and records of the Company on the date hereof.

Such assignment of membership interest shall reduce Assignor's interest in the Company, and Assignor's interest in and to Assignor's capital account to zero (0%) percent. To have and to hold the same unto Assignee and its successors and assigns from and after the date hereof for the remainder of the term of the Company.

Assignor hereby represents and warrants that it she is authorized to transfer his membership interests in the Company and that the membership interests are not encumbered or otherwise pledged.

This Assignment is made with representation, warranty and recourse against Assignor.

SIGNATURE PAGE FOLLOWS

IN WITNESS WHEREOF, Assignor and Assignee have hereunto set their hands and seal as of the day first above written.

_____
Shira Kraut

_____
Yechezkel Kraut


**1380 REALTY NY, LLC**

By: _____
Name: Yechezkel Kraut
Title: Managing Member

IN WITNESS WHEREOF, Assignor and Assignee have hereunto set his hand and seal as of the day first above written.

1971 60 STREET LLC

By: _____
Name: Harvey Abrahams
Title: Managing Member