

EXHIBIT 6

NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2019073000443002004EDCF1

RECORDING AND ENDORSEMENT COVER PAGE　　PAGE 1 OF 3

Document ID: 2019073000443002　　Document Date: 07-19-2019　　Preparation Date: 09-19-2019
Document Type: SUNDRY MISCELLANEOUS
Document Page Count: 2

| PRESENTER: | RETURN TO: |
|---|---|
| BETTER RESEARCH LLC<br>1 PARAGON DRIVE - RANY-37444A<br>SUITE 150B<br>MONTVALE, NJ 07645<br>REC@BETTERTITLERESEARCH.COM | BETTER RESEARCH LLC<br>1 PARAGON DRIVE - RANY-37444A<br>SUITE 150B<br>MONTVALE, NJ 07645<br>REC@BETTERTITLERESEARCH.COM |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5513 | 49 | Entire Lot | 1971 60TH STREET |

Property Type: 1-3 FAMILY WITH STORE / OFFICE

## CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____Year____Reel___Page_____ or File Number_____

## PARTIES

PARTY 1:
1380 REALTY NY, LLC
1971 60TH STREET
BROOKLYN, NY 11204

## FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 47.00 | | |
| Affidavit Fee: | $ 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed　　09-24-2019 08:44
City Register File No.(CRFN):
2019000307564

*Annette M Hill*

*City Register Official Signature*

# DECLARATION OF RESTRICTION

This DECLARATION OF RESTRICTION made as of the ⎯⎯19⎯⎯ day of July, 2019, by 1380 REALTY NY, LLC, a New York limited liability company with an address at 1971 60th Street, Brooklyn, New York 11204 (the "Declarant").

## WITNESSETH:

WHEREAS, the Declarant is the fee owner of the premises: 1971 60th Street, Brooklyn, New York 11204 Lot 49 in Block 5513 on the Kings County tax map, (collectively the "Premises"); and

WHEREAS, the Declarant wishes to set forth hereinafter a declaration of his intention with reference to the Premises.

**NOW, THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION RECEIVED, THE DECLARANT HEREBY DECLARES AS FOLLOWS:**

1. The Declarant shall not sell, mortgage, assign, lease, convey, transfer, encumber, pledge, hypothecate or otherwise take any action creating a security interest in the Premises without the written consent of Judah A. Zelmanovitz or Neil Fink, having an address at Fink & Zelmanovitz, P.C., 3839 Flatlands Avenue, Suite 206, Brooklyn, New York 11234. Any such transfer, assignment or encumbrance, without written consent of Judah A. Zelmanovitz or Neil Fink shall be null and void and of no force and effect.

2. This declaration shall be binding on the heirs, personal representatives, successors and assigns of the Declarant.

3. This Declaration may not be changed or modified orally and may only be changed, modified or rescinded with the written consent of Judah A. Zelmanovitz or Neil Fink.

4. Only Judah A. Zelmanovitz, Neil Fink or their delegates shall have the right to terminate or rescind this Declaration of Restriction.

**NO FURTHER TEXT**
**SIGNATURE PAGE FOLLOWS**

IN WITNESS WHEREOF, the undersigned has duly executed this Declaration of Restriction as of the day and year first above written.

1380 REALTY NY, LLC

By: _____
Name: Yechezkel Kraut
Title: Managing Member

State of New York)
                : ss.
County of Kings)

On the 10 day of July, in the year 2019 before me, the undersigned, personally appeared Yechezkel Kraut personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

**RECORDING INFO:**

ALAN HIRSCH
Notary Public-State of New York
No. 01HI6095704
Qualified in New York County
Commission Expires 07/14/2023

**PARCEL I**
Block:        5513
Lot:          49
County:     Kings
Address:    1971 60th Street, Brooklyn, New York 11204