
EXHIBIT 8

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2019072900282001001E57DF

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| Document ID: **2019072900282001** | Document Date: 06-26-2019 | Preparation Date: 07-29-2019 |
| Document Type: DEED | | |
| Document Page Count: 3 | | |

**PRESENTER:**

DEKEL ABSTRACT LLC
485 OAK GLEN ROAD
HOWELL, NJ 07731
732-813-3560
INFO@DEKELABSTRACT.COM

**RETURN TO:**

DEKEL ABSTRACT LLC
485 OAK GLEN ROAD
HOWELL, NJ 07731
732-813-3560
INFO@DEKELABSTRACT.COM

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5513 | 49 | Entire Lot | 1971 60 ST |

Property Type: 1-3 FAMILY WITH STORE / OFFICE

## CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page_____ or File Number_____

## PARTIES

**GRANTOR/SELLER:**

YECHEZKEL KRAUT
1971 60TH STREET
BROOKLYN, NY 11204

**GRANTEE/BUYER:**

YECHEZKEL DOV KRAUT
1971 60TH STREET
BROOKLYN, NY 11204

☒ Additional Parties Listed on Continuation Page

## FEES AND TAXES

| | | | | |
|---|---|---|---|---|
| **Mortgage :** | | | Filing Fee: | |
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**

Recorded/Filed    08-07-2019 09:32
City Register File No.(CRFN):
**2019000249754**

*Annette M Hill*

*City Register Official Signature*



2019072900282001001C555F

**Document ID: 2019072900282001**     Document Date: 06-26-2019     Preparation Date: 07-29-2019
Document Type: DEED

---

### PARTIES

**GRANTOR/SELLER:**
SHIRA KRAUT
1971 60TH STREET
BROOKLYN, NY 11204

---

### PARTIES

**GRANTEE/BUYER:**
LEVI KRAUT
1971 60TH STREET
BROOKLYN, NY 11204

**Warranty Deed with Full Covenants – Individual or Corporation.**
**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

THIS INDENTURE, made ~~the~~ *as of* the 26th day of June, 2019

BETWEEN

Yechezkel Kraut and Shira Kraut, residing 1971 60th Street, Brooklyn NY, 11204

party of the first part, and

Yechezkel Dov Kraut and Levi Kraut having an address at 1971 60th Street, Brooklyn NY, 11204

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the
*[SEE INSERTED LEGAL DESCRIPTION]*
TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

AND the party of the first part covenants as follows: that said party of the first part is seized of the said premises in fee simple, and has good right to convey the same; that the party of the second part shall quietly enjoy the said premises; that the said premises are free from encumbrances, except as aforesaid; that the party of the first part will execute or procure any further necessary assurance of the title to said premises; and that said party of the first part will forever warrant the title to said premises.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF


_____
Yechezkel Kraut


_____
Shira Kraut

# DEKEL ABSTRACT LLC
## As Agent for
## AMTRUST TITLE INSURANCE COMPANY

### SCHEDULE A Description

Title Number: **DKA-1670**

**ALL that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, in the County of Kings, State of NY:**

**BEGINNING at a point on the northerly side of 60th Street, distant 100 feet westerly fromt he corner formed by the intersection of hte westerly side of 20th Avenue and the northerly side of 60th Street;**

**RUNNING THENCE northerly parallel with 20th Avenue, 100 feet 2-1/8 incehes;**

**THENCE westerly parallel wiht 60th Street, 28 feet;**

**THENCE southerly parallel with 20th Aveneu and part of the distance through a party wall, 100 feet 2-1/8 inches to the northerly side of 60th Street;**

**THENCE easterly along the northerly side of 60the Street, 28 feet to the point of place of BEGINNIG.**

**FOR INFORMATION PURPOSES ONLY: BEING Tax Lot(s) 49 ,Tax Block 5513 on the Official Tax Map of Borough of Brooklyn, County of Kings, State of New York.**

**For Information Only :**
**Said Premise being known as 1971 60 Street, Brooklyn, NY.**

**Tax Block: 5513, : 49**

STATE OF NEW YORK      :
                            : ss.:

COUNTY OF _Kings_      :

On the _18_ day of _July_, 2019 before me, the undersigned, personally appeared Yechezkel Kraut and Shira Kraut personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted executed the instrument.

_____
Notary Public

ALEXANDER GREENWALD
Notary Public - State of New York
No. 01GR6094410
Qualified in Kings County
Commission Expires 06/16/2023

**WARRANTY DEED**
**Title # _____**


Yechezkel Kraut and Shira Kraut
**TO**
Yechezkel Dov Kraut and Levi Kraut

**SECTION:**

**BLOCK: 5513**

**LOT:49**

**COUNTY: Kings**


**Record and Return to:**
**Dekel Abstract LLC**
**485 Oak Glen Rd**
**Howell NJ 07731**

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2019072900282001001S995E

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2019072900282001**      Document Date: 06-26-2019      Preparation Date: 07-29-2019
Document Type: DEED

**ASSOCIATED TAX FORM ID:**      2019062600131

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |

**FOR CITY USE ONLY**

C1. County Code [          ]   C2. Date Deed Recorded [     ] / [     ] / [     ]
                                                      Month   Day    Year

C3. Book [          ] [          ]   C4. Page [          ] [          ]
OR
C5. CRFN [                                    ]

## PROPERTY INFORMATION

**1. Property Location** 1971 | 60 ST | BROOKLYN | 11204
STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

**2. Buyer Name**
KRAUT | YECHEZKEL DOV
LAST NAME / COMPANY | FIRST NAME

KRAUT | LEVI
LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address**
Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY | FIRST NAME

STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed** 1 # of Parcels OR [ ] Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size** [          ] X [          ] OR [          ]
FRONT FEET | DEPTH | ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium [ ]
7. New Construction on Vacant Land [ ]

**8. Seller Name**
KRAUT | YECHEZKEL
LAST NAME / COMPANY | FIRST NAME

KRAUT | SHIRA
LAST NAME / COMPANY | FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A [ ] One Family Residential | C [ ] Residential Vacant Land | E [✔] Commercial | G [ ] Entertainment / Amusement | I [ ] Industrial |
| B [ ] 2 or 3 Family Residential | D [ ] Non-Residential Vacant Land | F [ ] Apartment | H [ ] Community Service | J [ ] Public Service |

## SALE INFORMATION

**10. Sale Contract Date** 6 / 26 / 2019
Month Day Year

**11. Date of Sale / Transfer** 6 / 26 / 2019
Month Day Year

**12. Full Sale Price** $ 0
( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale** [          ]

**14. Check one or more of these conditions as applicable to transfer:**

A [ ] Sale Between Relatives or Former Relatives
B [ ] Sale Between Related Companies or Partners in Business
C [ ] One of the Buyers is also a Seller
D [ ] Buyer or Seller is Government Agency or Lending Institution
E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below )
F [ ] Sale of Fractional or Less than Fee Interest ( Specify Below )
G [ ] Significant Change in Property Between Taxable Status and Sale Dates
H [ ] Sale of Business is Included in Sale Price
I [ ] Other Unusual Factors Affecting Sale Price ( Specify Below )
J [✔] None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class** S 1   **16. Total Assessed Value (of all parcels in transfer)** 3 4 8 0 1

**17. Borough, Block and Lot / Roll Identifier(s)  ( If more than three, attach sheet with additional identifier(s) )**

BROOKLYN 5513 49

201906260013120101

CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

**BUYER'S ATTORNEY**

DATE

BUYER SIGNATURE

1971 60TH STREET

LAST NAME                              FIRST NAME

STREET NUMBER          STREET NAME (AFTER SALE)

AREA CODE          TELEPHONE NUMBER

**SELLER**

BROOKLYN

| NY | 11204 | SELLER SIGNATURE | DATE |

CITY OR TOWN          STATE          ZIP CODE

2019062600131201

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

*Lori Krant*  *7/8/19*
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

_____     _____
Buyer Signature            Date

## SELLERS

*[signature]*  *7/8/19*
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

_____     _____
Seller Signature            Date

2019062600131201