

Victor Rivera Jr., Esq.
T: (973) 662-4550
vrivera@rrlegal.net

August 6, 2024

**VIA ECF**

Hon. Elizabeth S. Strong, U.S.B.J.
United States Bankruptcy Court,
 Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

> Re: *In re 1380 Realty NY, LLC,*
> **EDNY Docket No. 24-40017-ess**

Your Honor:

This firm represents creditor 1971 60th St. LLC in the above-referenced Chapter 11 proceeding.

I write this letter, with the consent of Linda M. Tirelli, Esq., of the Tirelli Law Group, counsel for the Debtor, and Nazar Khodorovsky, Esq., of the Office of the United States Trustee, to request an adjournment of the appearances scheduled in this matter for Thursday, August 8, 2024. The adjournment of these appearances, three motions and a status conference, noted as Order Nos. 11 – 14 in your calendar, is requested due to a death in my family presently requiring my absence from the State on that date.

After discussion with Ms. Jackson of your chambers, the parties have agreed to request that the motions and conference be adjourned to **October 11, 2024 at 10:30 a.m.** for a virtual appearance via the WebEx Audio/Video Platform.

Should Your Honor require any further information with regard to the request, please feel free to contact me.

Respectfully,

Victor Rivera Jr., Esq.