# Tirelli Law Group, LLC

Westchester Financial Center
50 MAIN STREET, STE. 1265
WHITE PLAINS, NEW YORK 10606
PHONE (914)732-3222

Linda M. Tirelli*

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS

December 3, 2024

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**RE: Notice of Adjournment in 1380 Realty NY LLC Chapter 11
E.D.N.Y. Case No. 24-40017-ESS**

Dear Honorable Judge Stong:

    Please be advised this law office represents the Debtor regarding all aspects of it's Chapter 11 case.

    On consent of all parties, all matters scheduled for December 5, 2024 have been adjourned to **January 15, 2025 at 3:00pm**. This adjournment was made with permission from Ms. Sheree Jackson of your Honor's Chambers.

    Thank you for your kind attention to this matter. Please do not hesitate to contact this office should you have any questions or concerns.

> Very truly yours,
> /s/ *Delores C. Sigler*
>     Delores C. Sigler
>     Paralegal

cc: Victor Rivera, Esq. *via email* vrivera@rrlegal.net