NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF FORMATION

## DES PARTNERS GROUP LLC
## 0450580326

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 12/21/2020 and was assigned identification number 0450580326. Following are the articles that constitute its original certificate.

1. **Name:**
   DES PARTNERS GROUP LLC

2. **Registered Agent:**
   DES PARTNERS GROUP LLC

3. **Registered Office:**
   2360 ROUTE 9 STE 3 U245
   TOMS RIVER, NEW JERSEY 08755

4. **Business Purpose:**
   ANY LAWFUL BUSINESS PURPOSE

5. **Effective Date of this Filing is:**
   12/21/2020

   **Signatures:**
   ARTHUR SPITZER
   AUTHORIZED REPRESENTATIVE

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 21st day of December, 2020*

*Elizabeth Maher Muoio*
*State Treasurer*

*Certificate Number : 4121927527*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*