UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
BROOKLYN DIVISION

-------------------------------------------------------X  
In re:  
1380 REALTY NY LLC                       Chapter 11  
           Chapter 11  
                                     Case No.: 24-40017(ess)  
           Debtor.

-------------------------------------------------------X

## NOTICE OF HEARING ON DEBTOR'S MOTION TO CONVERT CH 11 TO CH7

PLEASE TAKE NOTICE that a hearing upon the motion of Debtor 1380 REALTY NY LLC through it's counsel of record, Linda M. Tirelli, Esq. of Tirelli Law Group, for order granting Debtor's Motion To Convert Case From Chapter 11 t Chapter 7 will be held on **April 4 at 1:00PM,** before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge in the United States Bankruptcy Court, EDNY, at the Federal Bankruptcy Court, Conrad B. Duberstein Courthouse, located at 271-C Cadman Plaza East - Suite 1595 Brooklyn, NY 11201-1800 or by way of "ZoomGov" instructions for which will be provided by the court or can be requested through the Courtroom Deputy identified on the Court's webpage: ess_hearings@nyeb.uscourts.gov

      PLEASE TAKE FURTHER NOTICE, that objections, if any, to the Motion to Convert Case From Chapter 11 to Chapter 7 must be made in writing and received in the Bankruptcy Judge's Chambers at Conrad B. Duberstein Courthouse, located at 271-C Cadman Plaza East - Suite 1595 Brooklyn, NY 11201-1800 and by the undersigned at Tirelli Law Group, 50 Main Street, Suite 1265, White Plains, NY 10606 on or before **March 25, 2025**. Unless objections are received by that time, there might not be a hearing and the Order may be signed on default.

Dated: February 10, 2025

By: <u>/s/ Linda M Tirelli Esq.</u>
        Linda M. Tirelli, Esq.
        Tirelli Law Group LLC
        50 Main Street, Suite 1265
        White Plains, NY 10606
        Phone: (914)732-3222