SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ~~NEW YORK~~ KINGS
_____

1971 60 STREET LLC                                  Index No.
_____/
                            Plaintiff,

    - against -                                **AFFIRMATION**
                                                       **OF CONFESSION**
Yechezkel Kraut and 1380 REALTY NY, LLC             **OF JUDGMENT**


                                Defendant
_____

Yechezkel Kraut and 1380 REALTY NY, LLC affirm the following to be true under penalties of perjury:

1)    That deponents are the defendants herein.

2)    The defendants hereby confess judgment herein and authorize entry thereof against defendants in the principal sum of $600,000.00 without interest.

3)    Defendant 1380 REALTY NY, LLC has its principal place of business at 1971 60th Street, Brooklyn, New York 11204. Defendant Yechezkel Kraut resides at 983 dahill Road, Brooklyn, new York 11204. Defendants authorize entry of judgment in New York County, New York.

4)    This confession of judgment is for a debt justly to become due to the plaintiff arising from the following facts: Plaintiff loaned $600,000.00 Defendants, which is to become due on July 15, 2020

5)    This affidavit is not made in connection with an agreement for the purchase of $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments.

                                                        **1380 REALTY NY, LLC**

                                                         By: _____
                                                         Name: Yechezkel Kraut
                                                         Title: Sole Member


                                                         _____
                                                         Yechezkel Kraut

Affirmed to before me this
18th day of July, 2019

_____
Notary Republic

                                ALAN HIRSCH
                              Notary Public-State of New York
                                 No. 01HI6095704
                             Qualified in New York County
                           Commission Expires 07/14/2023