UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

-------------------------------------------------------X

In re:
1380 REALTY NY LLC                    Chapter 11
                 Chapter 11
                                                    Case No.: 24-40017(ess)
                Debtor.

-------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK             )
COUNTY OF WESTCHESTER    ) ss.:

      Delores Sigler, being duly sworn, deposes and says: I am not a party to the action, I am over 18 years of age and I reside in Bronx, New York.

      On February 10, 2025, I served the within:

**Motion to Convert Case from Ch 11 to Ch 7, Notice of Hearing and Proposed Order**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a paid properly addressed wrapper in an official depository under the exclusive care and custody of United States Postal Service within the State of New York via first class mail:

| | |
|---|---|
| 1380 Realty NY LLC<br>1971 60th Street<br>Brooklyn, NY 11204 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 510<br>New York, NY 10004-1408 |
| | Victor Rivera, Esq.<br>R&R Legal Advisors LLC<br>28 Valley Road, Suite 1<br>Montclair, NJ 07042 |

And to all parties on the attached mailing matrix

                                                                 */s/ Delores Sigler*
                                                                 Delores Sigler

Sworn to before me this
10th day of February, 2025

*/s/ Linda M. Tirelli*
Linda M. Tirelli
Notary Public, State of New York
Registration #01TI6350197
Qualified in Rockland County
Commission Expires 11/7/2028