Label Matrix for local noticing
0207-1
Case 1-24-40017-ess
Eastern District of New York
Brooklyn
Tue Mar  5 11:47:22 EST 2024

1380 Realty NY LLC
1971 60th Street
Brooklyn, NY 11204-2346

1
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

1971 60th Street LLC
c/o Harvey Abrahams
8 West 40th Street
New York, NY 10018-3902

Harvey Abrahams
c/o Holland & Knight LLP
31 W. 52nd Street
New York, NY 10019-6122

Holland & Knight LLP
31 West 52nd Street
New York, NY 10019-6122

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Ira Burstein
c/o Goldston Capital LLC
1325 Avenue of Americas
28th Floor
New York, NY 10019-6583

MSF Lending LLC
c/o Harvey Abrahams
8 West 40th Street 4th Fl
New York, NY 10018-2278

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1415

Linda M Tirelli
Tirelli Law Group, LLC
50 Main Street
Suite 1265
White Plains, NY 10606-1994

End of Label Matrix
Mailable recipients      10
Bypassed recipients       0
Total                    10