Dorsey & Whitney LLP
Samuel S. Kohn
Courina Yulisa
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: kohn.sam@dorsey.com
      yulisa.courina@dorsey.com

*Attorneys for Yecheskel Kraut*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>1380 REALTY NY LLC,<br><br>              Debtor. | Chapter 7<br><br>Case No. 24-40017 (ESS) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT**, Yecheskel Kraut hereby appears in the above-captioned case by its undersigned counsel in accordance with 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b) and requests, as provided in 11 U.S.C. §§ 102(1) and 1109(b) and Fed. R. Bankr. P. 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served as set forth below:

    DORSEY & WHITNEY LLP
    Samuel S. Kohn
    Courina Yulisa
    51 West 52nd Street
    New York, New York 10019-6119
    Telephone:  (212) 415-9200
    Facsimile:  (212) 953-7201
    E-mail:  kohn.sam@dorsey.com
                 yulisa.courina@dorsey.com

**PLEASE TAKE FURTHER NOTICE** that service by electronic mail should be made at the following addresses:

kohn.sam@dorsey.com
yulisa.courina@dorsey.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise which affect or seek to affect in any way any rights or interests of Yecheskel Kraut.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit is intended to or shall be deemed to waive (1) Yecheskel Kraut's right to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) Yecheskel Kraut's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Yecheskel Kraut's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Yecheskel Kraut may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Yecheskel Kraut expressly reserves.

Dated: December 29, 2025            Respectfully Submitted,

                                    */s/ Courina Yulisa*

                                    Courina Yulisa
                                    Samuel S. Kohn
                                    DORSEY & WHITNEY LLP
                                    51 West 52nd Street
                                    New York, New York 10019-6119
                                    Telephone: (212) 415-9200
                                    Facsimile: (212) 953-7201
                                    E-mail: kohn.sam@dorsey.com
                                              yulisa.courina@dorsey.com

                                    *Attorneys for Yecheskel Kraut*