UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

1380 REALTY NY LLC,

                                    Debtor.

-----------------------------------------------------------x

Chapter 7
Case No. 24-40017-ess

## ORDER TO SHOW CAUSE WHY THE DEBTOR'S MOTION SHOULD NOT BE MARKED OFF WITHOUT PREJUDICE

WHEREAS, on January 3, 2024, 1380 Realty NY LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on June 20, 2024, the Debtor filed a Motion to Expunge Claim Number 1 (the "Motion"), in substance, seeking an order expunging the claim of 1971 60th Street LLC (the "Creditor"), Claim No. 1-1; and

WHEREAS, on July 30, 2025, the Court entered an Order Converting Chapter 11 Case to Chapter 7; and

WHEREAS, from time to time and on December 23, 2025, the Court held a hearing on the Motion at which the Creditor appeared and was heard, and the Debtor did not appear.

NOW, THEREFORE, it is hereby

**ORDERED,** that the Court will hold a continued in-person hearing on the Debtor's Motion on **February 24, 2026, at 10:30 a.m**., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED,** that the Debtor is directed to appear at the February 24, 2026, hearing, to show cause why the Motion should not be marked off without prejudice; and it is further

**ORDERED, that this hearing will be conducted in person. All participants, including attorneys, clients, and pro se parties, must register as follows:**

**Please register with eCourt Appearances at** https://www.nyeb.uscourts.gov/node/2126 **at least one business day before the scheduled conference. To register, please provide your name, address, e-mail address, telephone number to be used on the conference date, and if appropriate, the party that you represent.**

Dated: Brooklyn, New York
December 29, 2025



_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

*Debtor*
**1380 Realty NY LLC**
1971 60th Street
Brooklyn, NY 11204

**Linda M Tirelli**
Tirelli Law Group, LLC
PO BOX 685
10502
Ardsley, NY 10502

*Trustee*
**Alan Nisselson**
c/o Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, NY 10019

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510

**R&R Legal Advisors LLC**
28 Valley Road, Suite
Montclair, New Jersey 07042
Att'n: Victor Rivera Jr., Esq.

**DORSEY & WHITNEY LLP**
Samuel S. Kohn
Courina Yulisa
51 West 52nd Street
New York, New York 10019-6119