Dorsey & Whitney LLP
Samuel S. Kohn
Courina Yulisa
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: kohn.sam@dorsey.com
      yulisa.courina@dorsey.com

*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| 1380 REALTY NY LLC, | Case No. 24-40017 (ESS) |
| Debtor. | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT**, 1380 Realty NY LLC (the "Debtor"), hereby

appears in the above-captioned case by its undersigned counsel in accordance with 11 U.S.C. §

1109(b) and Fed. R. Bankr. P. 9010(b) and requests, as provided in 11 U.S.C. §§ 102(1) and

1109(b) and Fed. R. Bankr. P. 2002 and 9007, that all notices given or required to be given and

all papers served or required to be served in this case be given to and served as set forth below:

      DORSEY & WHITNEY LLP
      Samuel S. Kohn
      Courina Yulisa
      51 West 52nd Street
      New York, New York 10019-6119
      Telephone:  (212) 415-9200
      Facsimile:  (212) 953-7201
      E-mail:  kohn.sam@dorsey.com
            yulisa.courina@dorsey.com

**PLEASE TAKE FURTHER NOTICE** that service by electronic mail should be

made at the following addresses:

kohn.sam@dorsey.com
yulisa.courina@dorsey.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise which affect or seek to affect in any way any rights or interests of the Debtor.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit is intended to or shall be deemed to waive (1) the Debtor's right to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) the Debtor's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Debtor's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Debtor may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Debtor expressly reserves.

Dated:  December 30, 2025          Respectfully Submitted,

/s/ Courina Yulisa_____

Courina Yulisa
Samuel S. Kohn
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019-6119
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201
E-mail:  kohn.sam@dorsey.com
          yulisa.courina@dorsey.com

*Attorneys for the Debtor*