**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re                                                      :
                                                           :     Chapter 7
1380 REALTY NY LLC,                                        :
                                                           :     Case No. 1-24-40017-ess
                           Debtor.                         :
------------------------------------------------------------X

## ORDER *MODIFYING THE* ~~LIFTING~~ AUTOMATIC STAY

**UPON** the filing of a motion (the "Motion") for Dismissal of the Proceeding Pursuant to 11 U.S.C. § 1112(b), or, Alternatively, For Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) by 1971 60th Street LLC (the "Creditor"); and there being due and sufficient notice of the hearing on the Motion given by the Court to 1380 Realty NY LLC (the "Debtor"); and there being a proper hearing and opportunity to be heard on the Motion on December 23, 2025; ***and the Creditor having appeared and been heard*** and no party having appeared for Debtor to oppose the Motion; and after a review of the record of proceedings before the Court; and good and sufficient cause appearing; it is hereby

**ORDERED**, that ~~that~~ the Motion is granted in part and the automatic stay is ***modified*** ~~lifted~~ to allow the parties to continue to litigate ***up to the entry of a final judgment in*** ~~to conclusion the issues being addressed by~~ the Supreme Court of the State of New York, County of Kings, in the matter captioned *1380 Realty NY, LLC v. Yechezkel Kraut a/k/a Yechezkel Dov Kraut, Shira Kraut, Levi Kraut and Mortgage Electronic Registration Systems, Inc. as nominee for FM Home Loans, LLC,* Index No. 505892/2023***, with any enforcement thereof subject to the automatic stay, pending further order of this Court*** ~~(the "State Court Action")~~; and it is further

**ORDERED**, that the part of the Motion seeking dismissal of ***this bankruptcy case*** ~~the instant proceedings~~ is hereby adjourned to **February 24, 2026, at 10:30 am** ~~for argument thereon~~.

Dated: Brooklyn, New York
December 30, 2025



_____
Elizabeth S. Stong
United States Bankruptcy Judge