Dorsey & Whitney LLP
Samuel S. Kohn
Courina Yulisa
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: kohn.sam@dorsey.com
        yulisa.courina@dorsey.com

*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>1380 REALTY NY LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-40017 (ESS) |

### NOTICE OF SUBSTITUTION OF COUNSEL
### FOR THE DEBTOR AND CONSENT ORDER

**PLEASE TAKE NOTICE**, that subject to approval by the Court pursuant to

Local Bankruptcy Rule 2090-1(d), Linda M. Tirelli of the Tirelli Law Group, LLC, P.O. Box

685 10502, Ardsley, NY 10502 is withdrawing its representation and is substituted by Dorsey

& Whitney LLP ("Dorsey"), 1301 Avenue of the Americas, New York, NY 10019 as counsel

to the Debtor, 1380 Realty NY LLC; and

**PLEASE TAKE FURTHER NOTICE**, that on December 30, 2025, Dorsey filed

its notice of appearance as Debtor's counsel [Docket no. 62], and is hereby amending its address

to the following address as set forth below for all notices given or required to be given and all

papers served or required to be served in this case:

DORSEY & WHITNEY LLP
Samuel S. Kohn
Courina Yulisa
1301 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201
E-mail:  kohn.sam@dorsey.com
           yulisa.courina@dorsey.com

[*SIGNATURE PAGE FOLLOWS*]

Dated:  May 20, 2026                              Respectfully Submitted,


*/s/ Courina Yulisa*_____          */s/ Linda M. Tirelli*_____

Courina Yulisa                                   Linda M. Tirelli
Samuel S. Kohn                                   Tirelli Law Group, LLC
DORSEY & WHITNEY LLP                             PO BOX 685
1301 Avenue of the Americas                      10502
New York, New York 10019                         Ardsley, NY 10502
Telephone:  (212) 415-9200                       914-732-3222
Facsimile:  (212) 953-7201                       Email: ltirelli@tirellilawgroup.com
E-mail:  kohn.sam@dorsey.com
       yulisa.courina@dorsey.com        *Outgoing Attorney for the Debtor*


*Incoming Attorney for the Debtor*




/s/ *Yescheskel Kraut*_____
Yecheskel Kraut for 1380 Realty NY LLC
*Debtor*


The substitution of counsel is hereby approved and so ORDERED.

Dorsey & Whitney LLP
Samuel S. Kohn
Courina Yulisa
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: kohn.sam@dorsey.com
       yulisa.courina@dorsey.com

*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| 1380 REALTY NY LLC, | Case No. 24-40017 (ESS) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, COURINA YULISA, hereby certify that on May 20, 2026, I effectuated service of a copy of:

**Notice of Substitution of Counsel for the Debtor and Consent Order**

upon all parties entitled to notice via CM/ECF.

Dated: May 20, 2026            */s/ Courina Yulisa*_____
                               Courina Yulisa